832 A.2d 1064

**Gary KOZLOWSKI, Appellant**

v.

**DEPARTMENT OF CORRECTIONS; Chief, Secretary's Office of Inmate Grievances and Appeals, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 8, 2003.

Decided Sept. 30, 2003.

Daniel C. Bell, Clearfield, for Gary Kozlowski, Appellant.

Michael A. Farnan, Harrisburg, Laura J. Neal, Alan Matthew Robinson, for Dept. of Corrections.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed. *See Bronson v. Central Office Review Committee,* 554 Pa. 317, 721 A.2d 357 (1998).